UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS LEON RUSK,

        Plaintiff,

v.

TAZEWELL COUNTY SHERIFF et al.,

        Defendants.

Case No. 2:25-cv-01634-JHC-TLF

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. # 10, and the remaining record, the Court finds and ORDERS:

(1) No timely objection to the Report and Recommendation has been filed. The Court ADOPTS the Report and Recommendation.

(2) The Court orders this case be transferred to the Central District of Illinois fourteen (14) days after the issuance of this Order in accordance with the Local Civil Rule 3 and the case be closed.

(3) The Court DENIES as moot the motion at Dkt. # 9.

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Theresa L. Fricke.

//

ORDER - 1

Dated this 2nd day of December, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER - 2